```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED
```

AUG - 4 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> WEI SHI, <br><br> Defendant. | CR15- 262 JPD <br><br> INFORMATION <br><br> [Misdemeanor] |

The United States Attorney charges that:

**Count One**
**(Destruction of Mail or Newspapers)**

Beginning on a date unknown and continuing until on or about February 18, 2015, in Bellevue, within the Western District of Washington, Defendant WEI SHI, without authority, knowingly destroyed mail not directed to him.

All in violation of Title 18, United States Code, Section 1703(b).

//
//
//
//

DATED this 4th day of August, 2015.

_____
ANNETTE L. HAYES
United States Attorney

_____
JAMES D. OESTERLE
Assistant United States Attorney

_____
NICHOLAS MANHEIM
Assistant United States Attorney